UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | | |
|---|---|---|---|---|
| STEPHEN B. WLODARZ, | ) | | | |
| | ) | | | |
| Plaintiff, | ) | | | |
| | ) | | | |
| v. | ) | No.: | 3:20-CV-199-RLJ-DCP | |
| | ) | | | |
| CENTURION OF TENNESSEE, LLC, et al., | ) | | | |
| | ) | | | |
| | ) | | | |
| Defendants. | ) | | | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered this day, Defendant Lane's motion to dismiss [Doc. 53] is **GRANTED**, and this civil action is **DISMISSED WITH PREJUDICE** as to Defendant Lane only.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
  s/ John Medearis
  CLERK OF COURT