UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| STEPHEN B. WLODARZ, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:20-CV-199-RLJ-DCP |
| | ) | | |
| CENTURION OF TENNESSEE, LLC, et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed herewith, Defendant Chester is **DISMISSED** from this action, Defendants Byrge and Centurion's separate motions for summary judgment [Docs. 152 and 155] are **GRANTED**, Defendant William's motion to dismiss [Doc. 159] is **GRANTED**, and this action fully and finally **DISMISSED**.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT